**DLD-022**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 17-2433

JOSEPH MASSARO,
Appellant

v.

WARDEN LEWISBURG USP

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil No. 3-17-cv-00180)
District Judge: Honorable James M. Munley

Submitted for Possible Dismissal Pursuant to 28 U.S.C. § 1915(e) or
Possible Summary Action Pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6
October 26, 2017

Before: JORDAN, SHWARTZ and KRAUSE, Circuit Judges

# JUDGMENT

This cause came to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was submitted for possible dismissal pursuant to 28 U.S.C. § 1915(e)(2) or possible summary action pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6 on October 26, 2017. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the order of the District Court entered May 25, 2017, be and the same is hereby affirmed. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Marcia M. Waldron
Clerk

DATED: November 2, 2017